**DOUGLAS et al. v. CITY OF JEANNETTE, PA., et al.**

No. 1206.

District Court, W. D. Pennsylvania.

May 2, 1941.

Theodore Epstein, of Pittsburgh, Pa. (Hayden Covington, of Brooklyn, N. Y., of counsel), for plaintiffs.

Kunkle, Walthour & Trescher, of Greensburg, Pa., for defendants.

GIBSON, District Judge.

The essential facts of this case are parallel with those in Walter A. Reid et al. v. Borough of Brookville et al., D. C., 39 F.Supp. 30, and the discussion of that case is applicable to the instant one, and is therefore not repeated.